### Exhibit A to the Complaint

**Location:** Seaford, NY  
**Total Works Infringed:** 30  

**IP Address:** 71.190.156.66  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8A2C71FEFD09910A91223AD479D3B96B3F7B3E30<br>File Hash: ED6058A884F7FEE8CE28813E9282DC27072587B84B9FE787A7A3EF61F7F9CB51 | 10/04/2020 13:02:02 | Blacked Raw | 02/06/2019 | 03/24/2019 | PA0002183207 |
| 2 | Info Hash: 33385E417441355E7B152B4E5F944566334A21E2<br>File Hash: 3FB3D58EBF0999B10ED2F5F11A4FE7CEA678607FAC3C4276C017A3BA928FA37F | 09/25/2020 14:22:04 | Blacked | 05/16/2020 | 06/22/2020 | PA0002245639 |
| 3 | Info Hash: 51D3407E5E83206D33C0D262B38502F369E06E99<br>File Hash: 19E67A668E0B5708121E58E65B583804A6646848A3001474178D30A30FF30648 | 05/14/2020 14:04:03 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 4 | Info Hash: 790D3E53B88DC66BD45AEAD83AB973C49EAD9CD0<br>File Hash: 4FD3EEF1F83B399B9BAD23F1F0B402518D8209B9F3948E75FFBF90E2129A5A00 | 04/26/2020 15:20:50 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 5 | Info Hash: 4F144BD09D3F79C690E4B4CCCE6950B7386B359F<br>File Hash: 9A99B931FC165E7740689992915C16CC0D95A058CAE9975465DBC0574623C75F | 04/02/2020 12:51:20 | Blacked Raw | 03/12/2020 | 04/17/2020 | PA0002246106 |
| 6 | Info Hash: 3997DCD458146C28E0BA35733EE050A2B86F4FD2<br>File Hash: ECF412EED7B33FABD57C2543A5CD44F1316C02BEDDB07A678DF918CA8A65A4D7 | 03/05/2020 15:13:49 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 7 | Info Hash: 7C4CC4B036986716946BD3A9F0672DD4D149E132<br>File Hash: 9379FEAA36D2E27BDE851891424D3DF3AEBE7BD08EA6EDC8B09548B99E60AD1B | 01/24/2020 13:49:07 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 8 | Info Hash: A2633965A581D63D5AA1EDC4299E95FA80E67B12<br>File Hash: 2E225FB543DC2D9A6630F3156040F3A71FF28BB2BEB2BD42879754C7D31FA661 | 01/24/2020 13:44:02 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 818793534450C0B5E886600C8A62F27C8C1C7DF8<br>File Hash: B24653D3D08903CFFAAF4102CBA35EB079AC1CA0CA25BC44FD30104E01C85BC8 | 01/24/2020 13:41:40 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |
| 10 | Info Hash: 25732A4B1E363FD35AD78C9AA12B669F58EA06C7<br>File Hash: A6951867443328597B2A5C51347B980CB8C3D170E1D2BC2E853879D53F754A1D | 01/24/2020 13:31:33 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 11 | Info Hash: D783CD5D8FB3BD01FFCE5E2797E7D3AE9399DDCD<br>File Hash: FBB0AA2FAABA0988D5E9C625B659ACF5549440CC4D4D375DC78B7B211C21D218 | 12/26/2019 17:21:21 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 12 | Info Hash: A2446B04FF8D28FE6271F8161A02478B4EF5917B<br>File Hash: 2DE2C8CF79381572602F4CE4414CEDDAD0C76A748D72CEF41F4F6A05D5DDBAA9 | 12/22/2019 15:33:27 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 13 | Info Hash: EDED739EC0E7ABCDE671C8AC190AD72D9FDCFD2F<br>File Hash: B7FE3399E766C71C056060AF40B39439E138E13F695BFF2B3EB5D22AD64F358B | 12/10/2019 20:49:33 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 14 | Info Hash: 6B2FBE98BF6578CBE9FA8A3F1535541CE2CDD53D<br>File Hash: 3F37BC5EE22BE4F1E44B16496B60EE3B4F07A33A14377C6073B084C70CF4F148 | 12/10/2019 20:46:33 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 15 | Info Hash: C915BF9E8D885CA458337C3387F9736B9B0E3CE2<br>File Hash: B77D83B504D55C32484EED4B4F35C3C6BCD679B6067F0A7E213B161E2617B6DD | 12/01/2019 16:58:17 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 16 | Info Hash: 1038DE0D5958B5EED03C8203A82C73C0AF5BD648<br>File Hash: 7B55CCFCC2E7CE81A86CC8481687781AA8087C755A46FF8A3EF2948F0204479B | 11/24/2019 15:11:55 | Blacked | 11/11/2019 | 11/27/2019 | PA0002213994 |
| 17 | Info Hash: F9755D5162488BF8A1ABD47A70F68CC0148C1AE0<br>File Hash: 3BC07492903B1059D7CF5D37B3591E72D1E2E6A7E2FA1D491A28DC420F128A79 | 11/17/2019 18:09:30 | Blacked Raw | 11/03/2019 | 11/27/2019 | PA0002213995 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5AE7EADFA8E8BB0A0205B1E608F84C02384001C4<br>File Hash: 2EF550413273968C3C868B86E2FF4F933DA4142069A3F001EF7F817537F371FA | 11/17/2019 18:09:07 | Blacked | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 19 | Info Hash: 41FE22A83D679D6F5C91205D56E9FE35EB0EDE20<br>File Hash: FCCADBE2C229FC687EBB3B788604AF3FB0CEC6D5A18DE1FBE0845E55FC48F86A | 11/08/2019 14:18:09 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 20 | Info Hash: 2EF01A9BCBAE8B074ADFDEBA2604C5E019AACC05<br>File Hash: 3554726B161EE415E7559322F93AAF93DEBF3A0264D2E9EE412FBB9E72FF56CF | 10/22/2019 20:46:28 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 21 | Info Hash: F2FAFF49B433C5D2E3AE4BB5CCF2071258AEB0A2<br>File Hash: D076448C930F04770B5D2F8143C0D5589245BF246CD0BE32693E45D1EB063A6F | 10/20/2019 15:17:50 | Blacked | 09/12/2019 | 09/25/2019 | PA0002203159 |
| 22 | Info Hash: 2BC411A52CDAD2463BE301BC55DAE2CD2AD663D3<br>File Hash: 776AEC54A5890A895C694B84D907015AE38852CE4F61531A08CDF2F13D42C9CD | 10/06/2019 15:45:50 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 23 | Info Hash: 93AAF2A5136C1DBE3B04876F909708285951B7DE<br>File Hash: 6053070765FF2210313A4227847AA03208BA90A946C90EC83475B424F3D2A297 | 10/06/2019 15:31:51 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |
| 24 | Info Hash: 595A0B339DD306967D5662E71CF4F790F14A85DA<br>File Hash: EDFFE1A2A671744FF1D0A2FA54A9096D478FDCA8924791D2E581DCA18A3DEE51 | 10/06/2019 15:11:05 | Blacked | 08/03/2019 | 09/10/2019 | PA0002199412 |
| 25 | Info Hash: 9484461E56DBE53F9FE9185496558F2DAED90EB9<br>File Hash: F8F9917C6541C30888C4D3C655AFF435259E14A26D5DD895835DA31C295FAD50 | 09/23/2019 23:14:19 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 26 | Info Hash: 73963C9C69D16278DA8A34203233067B1144655D<br>File Hash: 13462C9A9D141DD114EE206D02B3F2BA2E2833AFF185B8EED6E4D557C753538C | 09/15/2019 15:27:59 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DDB7C3ECC49C52C920CA19D1DF9EF68FC3FA3797<br>File Hash: 27039AD25D79F32492318AC866DD61E5B28576048D1CAAF180D4011F1B4F6BD9 | 09/15/2019 15:22:08 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 28 | Info Hash: EC432D8D71F5AB0CE83147F50B0873710BD1EC03<br>File Hash: D8B650B961312931C2DB40CEFBC8476D837B1DB948A7F9FDC5AD63147B42E960 | 09/15/2019 15:11:41 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 29 | Info Hash: F00BFB79AC9186F84F112C94AC373E2C7D668EC3<br>File Hash: 95B6711A958A09AACBA39B7CF10DBE3E92C1368A0D6A7EBAE823555BEE3CC5CE | 08/04/2019 13:44:45 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 30 | Info Hash: 6757BDC0116245FEA819455F7AD03519A5A984F6<br>File Hash: AAD7BC9284C26D2F53C7E3F757D76675C8A5ECF8284DB362B56C108DCCB868E0 | 08/04/2019 13:23:39 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |